# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GREAT HILL EQUITY PARTNERS, IV, L.P.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C.A. No.: 09-CV-00864-GMS |
| | ) |
| **MASSAGE ENVY HOLDING** | ) |
| **CORPORATION LTD.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that Messana Rosner & Stern, LLP has changed its name to The Rosner Law Group LLC ("RLG"). RLG remains as Local Counsel to the Defendant, Massage Envy Holding Corporation, Ltd.

Please use the following contact information for RLG moving forward:

> **The Rosner Law Group LLC**
> **Frederick B. Rosner**
> **Scott J. Leonhardt**
> **Brian L. Arban**
> **1000 N. West Street, Suite 1200**
> **Wilmington, DE 19801**
> **Email: info@teamrosner.com**
> **Telephone: 302-777-1111**

{00004730. }

Dated: September 15, 2010
      Wilmington, Delaware

                          **THE ROSNER LAW GROUP LLC**

                          */s/ Scott J. Leonhardt*
                          Frederick B. Rosner (No. #3995)
                          Scott J. Leonhardt (No. #4885)
                          Brian L. Arban (No. #4511)
                          1000 N. West Street, Suite 1200
                          Wilmington, Delaware 19801
                          Tel:    302-295-5093
                          Email: leonhardt@teamrosner.com

                          *Local Counsel to the Defendant,*
                          *Massage Envy Holding Corporation, Ltd.*