IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GREAT HILL EQUITY PARTNERS, IV, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASSAGE ENVY HOLDING )<br>CORPORATION LTD., )<br>)<br>Defendant. ) | C.A. No.: 09-CV-00864-GMS |

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff and Defendant, by and through their respective and undersigned counsel, hereby stipulate to the dismissal of the entirety of this action with prejudice and with all parties to bear their own costs, including attorneys fees.

Dated: September 15, 2010

**PRICKETT, JONES & ELLIOTT, P.A.**

  /s/ J. Clayton Athey  
James L. Holzman (DE #663)
Bruce E. Jameson (DE #2931)
J. Clayton Athey (DE # 4378)
1310 King Street, P.O. Box 1328
Wilmington, DE 19899
(302) 888-6500
jlholzman@prickett.com
bejameson@prickett.com
jcathey@prickett.com

**PROSKAUER ROSE LLP**
Anne C. Reddy
1585 Broadway
New York, NY 10036-8299
(212) 969.3303
areddy@proskauer.com

*Attorneys for Plaintiff,*
*Great Hill Equity Partners, IV, L.P.*

**THE ROSNER LAW GROUP LLC**

  /s/ Scott J. Leonhardt  
Frederick B. Rosner (DE # 3995)
Scott J. Leonhardt (DE # 4885)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-5093
rosner@teamrosner.com
leonhardt@teamrosner.com

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
David C. Burger
875 Third Avenue
New York, NY 10022
(212) 603-6361
dcb@robinsonbrog.com

*Attorneys for Defendant,*
*Massage Envy Holding Corporation, Ltd.*