**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE  19899**
TEL: (302)888-6500
FAX: (302)658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6507
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
jcathey@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE  19901
TEL: (302)674-3841
FAX: (302)674-5864

September 15, 2010

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

   Re: Great Hill Equity Partners IV, L.P. v.
     Massage Envy Holding Corporation Ltd.
     C.A. No:  09-CV-00864-GMS

Dear Judge Sleet:

  This afternoon we filed a Notice of Stipulation of Dismissal in the above-referenced action which has been signed and agreed to by all parties, and which provides for the dismissal of all claims in the case with prejudice.  The parties therefore believe that the Rule 16 conference Your Honor scheduled for this Friday, September 17, 2010, at 10:30 a.m. will no longer be necessary.

  Counsel for the parties stand ready at the call of the Court to answer any questions that Your Honor may have.

            Respectfully,

            /s/ J. Clayton Athey

            J. Clayton Athey
            (DE Bar ID No. 4378)

JCA/las

cc: Scott J. Leonhardt, Esquire (*via electronic filing*)

20798.1\444277v1